**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMIT SHARMA,** | ) Case No. C09-02768 SI |
| | ) |
| Plaintiff, | ) **NOTICE OF DISMISSAL WITH** |
| | ) **PREJUDICE** |
| vs. | ) |
| | ) |
| **RICKENBACKER FINANCIAL** | ) |
| **INC., d/b/a RICKENBACKER** | ) |
| **COLLECTION SERVICES** | ) |
| | ) |
| Defendant. | |

   **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

Northern District Court of California, Plaintiff's Notice of Dismissal of Case With

Prejudice, a copy of which is herewith served upon Defendant.

   **RESPECTFULLY SUBMITTED** this 4th day of September, 2009.

                    By:<u>**s/Todd M. Friedman**</u>
                       **Todd M. Friedman**
                       **LAW OFFICES OF TODD M. FRIEDMAN,**
                       **P.C.**
                       **369 S. DOHENY DR. #415**
                       **BEVERLY HILLS, CA 90211**
                       **tfriedman@AttorneysForConsumers.com**
                       **Attorney for Plaintiff**

Filed electronically on this 4th day of September, 2009, with:

United States District Court CM/ECF system

Copy emailed to:
Honorable Judge Susan Illston
United States District Court
For the Northern District of California


By: s/Todd M. Friedman
    Todd M. Friedman